Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN C. EADS, d/b/a, ROBERT J &  )
BARGE CO.,                       )
              Plaintiff,         )
                                 )
v.                               )
                                 )
FEDERAL INSURANCE COMPANY,       )
              Defendant.         )
_____)Case No.: 3:06-___-_____
```

**DEFENDANT FEDERAL INSURANCE COMPANY'S NOTICE OF REMOVAL TO FEDERAL COURT**

Defendant Federal Insurance Company (hereinafter "Defendant") hereby provides notice of removal pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), and § 1446(a), (b) and (d). The grounds for removal are as follows:

1. On May 18, 2006, the Insurance Commissioner of the State of Alaska, on behalf of and as statutory attorney for Defendant, accepted service of a Summons & Complaint filed in the Superior Court of Alaska for Third Judicial District at Anchorage by Plaintiff John C. Eads, d/b/a, Robert J & Barge Co., entitled John C. Eads, d/b/a, Robert J & Barge Co., v.

<u>Federal Insurance Company</u>, Case No. 3AN-06-5312 CI.  <u>See</u> Exhibit "A."

    2.   This notice of removal is brought pursuant to 28 U.S.C. §§1441(a), 1446 and District CR 3.3(b).  This Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and (c) on the basis that there is complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

    3.   Defendant Federal is and was at the time the Complaint was filed, a stock insurance company incorporated under the laws of the State of Indiana, with its principal place of business in New Jersey.  Therefore, Defendant was at the time the complaint was filed, and currently is, a citizen of a state other than Alaska.

    4.   Based upon information and belief, Plaintiff Eads, d/b/a Robert J & Barge Co., was, at the time the Complaint was filed, and currently is, an Alaska resident with his principal place of business in Seward, Alaska.  There is, therefore, complete diversity of citizenship between the parties pursuant to 28 U.S.C. §1332 (a) and (c).

    5.   Plaintiff asserts claims of breach of contract, bad faith, and intentional infliction of emotional distress.  Plaintiff further requests an award of punitive and exemplary damages in this action.  See Declaration of John D. Wilson, Jr., Exhibit A, Complaint.  Plaintiff has pled claims in excess of $250,000.  Wilson Dec., Exhibit A, Complaint.

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Def. Federal Insurance Company's Ntc of Removal to Federal Court
Case No.:
Page 2

6. This Notice of Removal is timely because it has been filed within thirty (30) days after the date the Summons and Complaint were served upon Defendant. 28 U.S.C. § 1446(b).

7. The underlying state court action is one for which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 because the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

8. Pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and District CR 3.3(b) of the Local Rules for the District of Alaska, this case is properly removable.

9. Defendant Federal has given written notice of the filing of this Notice of Removal to all attorneys of record and to the Clerk of the Superior Court of the Third Judicial District At Anchorage, Alaska. 28 U.S.C. § 1446(d). See Exhibit "B."

///

///

///

///

///

///

///

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Def. Federal Insurance Company's Ntc of Removal to Federal Court
Case No.:
Page 3

WHEREFORE, Defendant Federal Insurance Company requests that this action be removed to the United States District Court for the District of Alaska at Anchorage.

DATED this 16th day of June, 2006.

                HOLMES WEDDLE & BARCOTT, P.C.
                Attorneys for Defendant


                By: s/ Randall J. Weddle
                Randall J. Weddle
                701 West 8th Avenue, Ste 700
                Anchorage, Alaska 99501
                Phone: (907) 274-0666
                Fax: (907) 277-4657
                Rweddle@anc.hwb-law.com
                Alaska Bar No. 7206034


I hereby certify that a
on June 16, 2006, a
true and correct copy of
Defendant Federal Insurance
Company's Notice of Removal To
Federal Court was served
electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    Randall J. Weddle


X:\827\16594\EadsUSDCNtcRemoval.061506.doc

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Def. Federal Insurance Company's Ntc of Removal to Federal Court
Case No.:
Page 4