IN THE SUPERIOR COURT OF THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOHN C. EADS, d/b/a, ROBERT J & )
BARGE CO., )
       Plaintiff, )
)
v. )
) Superior Court
FEDERAL INSURANCE COMPANY, ) Case No.: 3AN-06-5312 CI
       Defendant. )
_____)

## NOTICE TO SUPERIOR COURT OF REMOVAL

PLEASE TAKE NOTICE that on the 16th day of June, 2006, Defendant Federal Insurance Company filed in the United States District Court for the District of Alaska at Anchorage a Notice of Removal and accompanying pleadings for the above-entitled action pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), and § 1446(a), (b), and (d), and CR 3.3(b) of the Local Rules for the District of Alaska. True and correct copies of the Notice of Removal and accompanying pleadings are filed herewith. 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d), this Court is to proceed no further with this case unless and until this case is remanded back to this Court.

DATED this 16th day of June, 2006.

                       HOLMES WEDDLE & BARCOTT, P.C.
                       Attorneys for Defendant

                       By: /s/ Randall J. Weddle
                           Randall J. Weddle
                           Alaska Bar No. 7206034

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Exhibit B  Page 1 of 2

I hereby certify that a
on June 16, 2006, a
true and correct copy of
the foregoing was served
via regular U.S. Mail on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521

By: _____
    Brian Fontaine

X:\827\16594\EadsStateCtNtcRemoval.061406.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Notice to Superior Court of Removal
Case No.: 3AN-06-5312 CI
Page 2

Exhibit  B  Page  2  of  2