Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN C. EADS, d/b/a, ROBERT J & )
BARGE CO.,                      )
         Plaintiff,             )
                                )
v.                              )
                                )
FEDERAL INSURANCE COMPANY,      )
         Defendant.             )
_____)Case No.: 3:06-___-_____

**DEFENDANT FEDERAL INSURANCE CO.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Federal Insurance Company submits its Corporate Disclosure Statement declaring as follows:

1. Defendant Federal Insurance Company is a for profit corporation incorporated under the laws of Indiana with its principal place of business at 15 Mountain View Rd., Warren New Jersey, 07061.

///

///

///

///

2. Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a publicly trade company on the New York Stock Exchange.

Dated this 16th day of June 2006.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant


By: s/ Randall J. Weddle
Randall J. Weddle
701 West 8th Avenue, Ste 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
Rweddle@anc.hwb-law.com
Alaska Bar No. 7206034

I hereby certify that a on June 16th, 2006, a true and correct copy of Defendant Federal Insurance Co.'s Corporate Disclosure Statement was served electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    Randall J. Weddle


X:\827\16594\EadsCorpDisclosure.061506.doc