Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J & BARGE CO., <br>         Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:06-___-_____ |

**ENTRY OF APPEARANCE**

      Holmes Weddle & Barcott, P.C., hereby enters its appearance as local counsel on behalf of defendant Federal Insurance Company, in the above-entitled action and requests that copies of any and all pleadings be mailed to the firm at 701 West 8th Avenue, Suite 700, Anchorage, Alaska, 99501

      DATED this 16th day of June, 2006.

                                HOLMES WEDDLE & BARCOTT, P.C.
                              Attorneys for Defendant


                              By: s/ Randall J. Weddle
                              Randall J. Weddle
                              701 West 8th Avenue, Ste 700
                              Anchorage, Alaska 99501
                              Phone: (907) 274-0666
                              Fax: (907) 277-4657
                              Rweddle@anc.hwb-law.com
                              Alaska Bar No. 7206034

I hereby certify that a on June 16th, 2006, a true and correct copy of the foregoing Entry of Appearance was served electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: <u>s/ Randall J. Weddle</u>
Randall J. Weddle




X:\827\16594\EadsUSDCEOA.061506.DOC

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Entry of Appearance
Case No.:
Page 2