Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendant


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

```
JOHN C. EADS, d/b/a, ROBERT J.)
& BARGE CO.,                  )
              Plaintiff,      )
                              )
     v.                       )
                              )
FEDERAL INSURANCE COMPANY,    )
              Defendant.      )
_____)Case No.: 3:06-CV-149 (TMB)
```

**DEFENDANT'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO
ALLOW PARTICIPATION OF NON-LOCAL COUNSEL**

Defendant hereby moves to allow John Donahue Wilson, Jr., and Alfred E. Donohue to appear and participate as non-local counsel in this matter, along with local counsel, Holmes Weddle & Barcott, P.C. The required fee for non-local counsel to appear is tendered herewith.

This motion is made pursuant to Local Rule 83.1(d), which allows a member in good standing of a bar of another jurisdiction to appear and participate as non-local counsel upon motion and upon proof that they are members in good standing of the bar of another jurisdiction. Filed with this motion and memorandum are certificates issued by the

Washington State Bar Association reflecting that John Donahue
Wilson, Jr., and Alfred E. Donohue are members in good
standing of the Washington State Bar Association.   They
intend to participate, along with local counsel Holmes Weddle
& Barcott, P.C.

    Also attached are Declarations of Non-Resident Attorney
for John Donahue Wilson, Jr., and Alfred E. Donohue
reflecting their admission status, including their admission
to the United States Ninth Circuit Court of Appeals and the
United States District Court for the District of Washington.
The declarations reflect that they are not the subject of any
pending disciplinary proceeding, that they have not been
suspended or disbarred in any jurisdiction to which they have
been admitted, and that they have read the District of Alaska
Local Rules by visiting the Court's website.

    Accordingly, this motion should be granted.

    DATED this 27th day of June 2006.

                            HOLMES WEDDLE & BARCOTT, P.C.
                            Attorneys for Defendant

                            By: s/ Randall J. Weddle
                                Randall J. Weddle
                                701 West 8th Avenue, Ste 700
                                Anchorage, Alaska 99501
                                Phone: (907) 274-0666
                                Fax: (907) 277-4657
                                Rweddle@anc.hwb-law.com
                                Alaska Bar No. 7206034

Eads v. Federal Insurance Company        Case No.:  3:06-CV-149 (TMB)
DEFENDANT'S MOTION AND MEMORANDUM
IN SUPPORT OF MOTION TO ALLOW PARTICIPATION
OF NON-LOCAL COUNSEL                                      Page 2

I hereby certify that on
June 27, 2006, a true and
correct copy of Defendant's
Motion and Memorandum in Support
of Motion to Allow Participation
of Non-Local Counsel was served
electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
      Randall J. Weddle

X:\4810\20950\pld\MtnReNonLocalCounsel--06June22.doc