# STATUS CERTIFICATE

This certifies that

# JOHN DONAHUE WILSON JR

was admitted to the Bar of the State of Washington on November 3, 1972, has been an active member since admission, and has complied with all requirements of the Washington State Bar Association for payment of licensing fees and attendance at continuing legal education programs.

Dated as of June 15, 2006.

*M. Janice Michels*
M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA

## DECLARATION OF NONRESIDENT ATTORNEY

Full Name: John D. Wilson, Jr.

Business Address: 1215 - 4th Ave., Suite 1700    Seattle, WA 98161
(Mailing/Street)    (City, State, ZIP)

Residence: 3330 Lakewood Ave. S    Seattle, WA 98144
(Mailing/Street)    (City, State, ZIP)

Business Telephone: (206) 623-4100    e-mail address: wilson@wscd.com

Other Names/Aliases: None

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| State Court | Washington | 1972 |
| United States District Court | Western District Washington | 1972 |
| United States District Court | Eastern District Washington | 1972 |
| Court of Appeals | 9th U.S. Circuit | 1973 |
| United States Tax Court | Washington, D.C. | 1979 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐    No ☒    (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐    No ☒    (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 6/15/06

_____
(Signature of Applicant)

[Rule 83.frm]{Rev.01/06}