# STATUS
# CERTIFICATE

This certifies that

## ALFRED E DONOHUE

was admitted to the Bar of the State of Washington
on November 4, 2002, has been an active member since
admission, and has complied with all requirements
of the Washington State Bar Association for
payment of licensing fees and attendance at
continuing legal education programs.

Dated as of June 15, 2006.

*M. Janice Michels*

M. Janice Michels
Executive Director

Washington State Bar Association
2101 Fourth Avenue, Suite 400
Seattle, WA 98121-2330
206-443-WSBA

## DECLARATION OF NONRESIDENT ATTORNEY

Full Name:  Alfred E. Donohue

Business Address: 1215 - 4th Ave., Suite 1700          Seattle, WA 98161
                  (Mailing/Street)                      (City, State, ZIP)

Residence:  1706 N. Lafayette                          Bremerton, WA 98312
                  (Mailing/Street)                      (City, State, ZIP)

Business Telephone: (206) 623-4100     e-mail address: Donohue@wscd.com

Other Names/Aliases:  None

Jurisdictions to Which Admitted and year of Admission:

| State Court | Washington | 2002 |
| (Jurisdiction) | (Address) | (Year) |
| United States District Court | Western District Washington | 2005 |
| (Jurisdiction) | (Address) | (Year) |
| Court of Appeals | 9th U.S. Circuit | 2004 |
| (Jurisdiction) | (Address) | (Year) |
| (Jurisdiction) | (Address) | (Year) |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐     No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐     No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated:  6/15/06

_____
(Signature of Applicant)

[Rule 83.frm]{Rev.01/06}