Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J. & BARGE CO., <br>         Plaintiff, <br>   v. <br> FEDERAL INSURANCE COMPANY, <br>         Defendant. | ) ) ) ) ) ) ) ) ) ) Case No.: 3:06-CV-149 (TMB) |

**<u>ORDER GRANTING DEFENDANT'S MOTION TO ALLOW PARTICIPATION OF NON-LOCAL COUNSEL</u>**

The Court having considered Defendant's Motion and Memorandum to Allow Participation of Non-Local Counsel;

IT IS HEREBY ORDERED THAT defendant's Motion to permit John Donahue Wilson, Jr., and Alfred E. Donohue to appear and participate as non-local counsel is GRANTED.

DATED this _____ day of _____ 2006.

_____
The Honorable Timothy M. Burgess

```
I hereby certify that on
June 27, 2006, a true and
correct copy of Order Granting
Defendant's Motion and Memorandum
to Be Permitted To Appear and
Participate As Non-Local Counsel
was served electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    Randall J. Weddle


X:\4810\20950\pld\OrderGrantingMtnReNonLocalCounsel--06June22.doc
```