```
              UNITED STATES
              DISTRICT COURT
               District of Alaska
               Anchorage Division

             #  00128475  -  PS
              June 27, 2006


     Code    Case #   Qty      Amount

     6855XX-N 06-149            150.00 CK


     TOTAL→             150.00


     FROM: HOLMES WEDDLE & BARCOTT
           NON RESIDENT ATTY FEE
           FOR JOHN DONAHUE WILSON JR.
           3:06-CV-00149 TMB
```