```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

       #  00128476  -  PS
         June 27, 2006


   Code    Case #    Qty      Amount

   6855XX-N 06-149              150.00 CK


   TOTAL→               150.00


   FROM: HOLMES WEDDLE & BARCOTT FOR
         ALFRED E. DONOHUE
         NON-RESIDENT ATTY FEE
         3:06-CV-00149 TMB
```