IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
JOHN C. EADS, d/b/a, ROBERT J.)
& BARGE CO.,                  )
          Plaintiff,          )
                              )
     v.                       )
                              )
FEDERAL INSURANCE COMPANY,    )
          Defendant.          )
_____)Case No.: 3:06-CV-149 (TMB)
```

### ORDER GRANTING DEFENDANT'S MOTION TO ALLOW PARTICIPATION OF NON-LOCAL COUNSEL

The Court having considered Defendant's Motion and Memorandum to Allow Participation of Non-Local Counsel, IT IS HEREBY ORDERED THAT Defendant's Motion to permit John Donahue Wilson, Jr., and Alfred E. Donohue to appear and participate as non-local counsel is GRANTED.

DATED this 28th day of June, 2006.

> s/ Timothy Burgess
> Timothy M. Burgess
> U.S. District Court Judge