Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone :    (907)274-0666
Fax :      (907)277-4657

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN C. EADS, d/b/a, ROBERT J.)
& BARGE CO.,                  )
              Plaintiff,      )
                              )
     v.                       )
                              )
FEDERAL INSURANCE COMPANY,    )
              Defendant.      )
_____)Case No.: 3:06-CV-149 (TMB)

## NOTICE OF FILING

Pursuant to this court's order of June 20, 2006, the defendant hereby provides notice of filing copies of documents filed in the Superior Court and the dates of filings:

1.    Complaint filed February 16, 2005, and Exhibits A and B.

2.    Case Description form, presumably filed February 16, 2005.

3.    Summons and notice of judicial assignment dated February 16, 2006.

4.    Entry of Appearance.

5.    Notice to Superior Court of Removal filed June 16, 2006, with attached Defendant Federal Insurance Company's Notice of Removal to Federal Court (Complaint and Notice to Superior Court of Removal attached thereto), and Defendant Federal Insurance Co.'s Corporate Disclosure Statement.

DATED this 30th day of June 2006 at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant


By: s/ Randall J. Weddle
    Randall J. Weddle
    701 West 8th Avenue, Ste 700
    Anchorage, Alaska 99501
    Phone: (907) 274-0666
    Fax: (907) 277-4657
    Rweddle@anc.hwb-law.com
    Alaska Bar No. 7206034


I hereby certify that on
June 30, 2006, a true and
correct copy of Defendant's
Notice of Filing was served
electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    **Randall J. Weddle**

X:\4810\20950\pld\NotFiling.doc

Eads v. Federal Insurance Company        Case No.:  3:06-CV-149 (TMB)    2
NOTICE OF FILING