CASE DESCRIPTION – SUPERIOR COURT                Case Number: 3AN06-5312 CI

Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D.

## SUPERIOR COURT MATTERS

### CIVIL – SUPERIOR COURT

**CONTRACT** – *Contract cases involving real property should be reported under the real property category.*
- [x] Debt Collection (CISDEB)
- [ ] Claim Against Seller of Goods/Services (CISCLAIM)
- [ ] Employment Dispute (CISEMP)
- [ ] Other Contract (CISOCT)

**TORT**
- [ ] Intentional Tort (e.g., assault, battery, vandalism) (CISIT)
- [ ] Slander/Libel/Defamation (CISSLD)
- [ ] Product Liability (CISPL)
- [ ] Wrongful Death (CISPID)

Automobile Negligence:
- [ ] Personal Injury Only (CISPIA)
- [ ] Property Damage Only (CISPDA)
- [ ] Both (CISIDA)

Other Negligence:
- [ ] Personal Injury Only (CISPIO)
- [ ] Property Damage Only (CISPDO)
- [ ] Both (CISIDO)

**MALPRACTICE**
- [ ] Legal Malpractice (CISLMP)
- [ ] Medical Malpractice (CISMMP)
- [ ] Other Malpractice (CISOMP)

**REAL PROPERTY**
- [ ] Foreclosure (CISFOR)
- [ ] Condemnation (CISCNDM)
- [ ] Real Property Action (CISREM)

**OTHER CIVIL**
- [ ] Arbitration Proceeding (CISAP)
- [ ] Confession of Judgment (CISCCONF)
- [ ] Declaratory Judgment/Injunc. Relief (CISINJ)
- [ ] OSC Request – Admin Agency (CIOSC)
- [ ] Civil Bench Warrant Request – Admin Agency (CIBW)
- [ ] Writ of Habeas Corpus (CIWHC)
- [ ] Election Contest or Recount Appeal (CISELE)
- [ ] Other Civil Complaint (CISOCI). Describe:

### FORCIBLE ENTRY AND DETAINER – SUPERIOR COURT
- [ ] Eviction – F.E.D. (CISFED)

### FOREIGN JUDGMENT – SUPERIOR COURT
- [ ] Registration of Foreign Judgment (CISFOJ)

### POST-CONVICTION RELIEF TO SUPERIOR COURT
- [ ] Post-Conviction Relief (CISPCR)

## DOMESTIC RELATIONS

### DIVORCE WITHOUT CHILDREN
- [ ] Divorce Without Children (CISDIV)

### DIVORCE OR CUSTODY WITH CHILDREN
- [ ] Petition for Custody (CISCUS)
- [ ] Divorce With Children (CISDVC)

### LEGAL SEPARATION
- [ ] Legal Separation With Children (CICLS)
- [ ] Legal Separation Without Children (CISLS)

### DOMESTIC RELATIONS OTHER
- [ ] Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)
- [ ] Action to Modify or Enforce Administrative Child Support Order (CIPCS)
- [ ] Petition for Order re: PFD or Native Dividend (CIPND)
- [ ] Establishment of Paternity (CISPAT)
- [ ] Disestablishment of Paternity (CIDPAT)
- [ ] Foreign Custody Order (Registration, Modification or Enforcement) (DR483)
- [ ] Foreign Support Order (Registration, Modification or Enforcement) (CIUIFSA)
- [ ] Registration of Foreign Domestic Relations Order (Not Support or Custody) (CIDRFJ)
- [ ] Petition for Annulment (CIANNUL)
- [ ] Petition for Visitation (CIVIS)

## SUPERIOR COURT MATTERS

**SUPERIOR COURT MISCELLANEOUS PETITION**

☐ Other Superior Court Petition (CISPET).
   Describe: _____

### APPEAL & REVIEW MATTERS
### IN THE SUPERIOR COURT

**ADMINISTRATIVE AGENCY APPEAL**

☐ DMV Appeal (CIADDMV)
☐ Administrative Agency Appeal (CIADR)
☐ Employment Security Appeal (CIADRESA)

**APPEAL FROM DISTRICT COURT**

☐ Civil or Small Claims Appeal (CIACI)
☐ Criminal Merit Appeal (CIACRM)
☐ Criminal Sentence Appeal (CIACRS)
☐ Minor Offense Appeal (CIAMO)

**PETITION FOR REVIEW OR RELIEF**

☐ Petition for Review from Admin. Agency (CIPRA)
☐ Petition for Review from District Court (CIPRD)
☐ Petition for Review from Admin. Agency –
   AS 44.62.305 (CIPRLF)
☐ CSED License Review Action (CICSED)