IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

John C Eads, d/b/a, Robert
J + Barge Co.
_____
                Plaintiff(s),           )
vs.                                     )
                                        )
Federal Insurance Company               )
_____           )   CASE NO. 3AN- 06-5312 C I
                Defendant(s).           )
                                        )   SUMMONS
                                            AND
                                            NOTICE TO BOTH PARTIES
                                            OF JUDICIAL ASSIGNMENT

To Defendant: __Federal Insurance Company__

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, __Isaac D. Zorea__, whose address is: __PO Box 210434, Anchorage, AK 99521__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge __Rindner__
    and Master _____.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

__2-16-06__                             By: _____
  Date                                      Deputy Clerk

I certify that on __2-16-06__ a copy of this Summons was [ ] mailed [X] given to
[X] plaintiff [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 ANCH (9/02)(st.3)                           Civil Rules 4, 5, 12, 42(c), 55
SUMMONS