IN THE SUPERIOR COURT OF THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOHN C. EADS, d/b/a, ROBERT J & )
BARGE CO., )
        Plaintiff, )
)
v. )
) Superior Court
FEDERAL INSURANCE COMPANY, ) Case No.: 3AN-06-5312 CI
        Defendant. )
)

### ENTRY OF APPEARANCE

Holmes Weddle & Barcott, P.C., hereby enters its appearance on behalf of defendant Federal Insurance Company, in the above-entitled action and requests that copies of any and all pleadings be mailed to the firm at 701 West 8th Avenue, Suite 700, Anchorage, Alaska, 99501

DATED this 16th day of June, 2006.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant

By: _____
Randall J. Weddle
Alaska Bar No. 7206034

I hereby certify that a
on June 16, 2006, a
true and correct copy of
the foregoing was served
via regular U.S. Mail on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521

By: _____
Brian Fontaine
X:\827\16594\EadsStateCourtEOA.061506.doc

