IN THE SUPERIOR COURT OF THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J & BARGE CO.,<br>        Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Superior Court<br>) Case No.: 3AN-06-5312 CI<br>)<br>) |

## NOTICE TO SUPERIOR COURT OF REMOVAL

PLEASE TAKE NOTICE that on the 16th day of June, 2006, Defendant Federal Insurance Company filed in the United States District Court for the District of Alaska at Anchorage a Notice of Removal and accompanying pleadings for the above-entitled action pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), and § 1446(a), (b), and (d), and CR 3.3(b) of the Local Rules for the District of Alaska. True and correct copies of the Notice of Removal and accompanying pleadings are filed herewith. 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d), this Court is to proceed no further with this case unless and until this case is remanded back to this Court.

DATED this 16th day of June, 2006.

                            HOLMES WEDDLE & BARCOTT, P.C.
                            Attorneys for Defendant

                            By: /s/ Randall J. Weddle
                                Randall J. Weddle
                                Alaska Bar No. 7206034

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666



I hereby certify that a
on June 16, 2006, a
true and correct copy of
the foregoing was served
via regular U.S. Mail on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521

By: _____
    Brian Fontaine


X:\827\16594\EadsStateCtNtcRemoval.061406.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Notice to Superior Court of Removal
Case No.: 3AN-06-5312 CI
Page 2

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J & BARGE CO., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| FEDERAL INSURANCE COMPANY, | ) ) |
| Defendant. | ) ) Case No.: 3:06-___-_____ |

### DEFENDANT FEDERAL INSURANCE COMPANY'S NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Federal Insurance Company (hereinafter "Defendant") hereby provides notice of removal pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), and § 1446(a), (b) and (d). The grounds for removal are as follows:

1. On May 18, 2006, the Insurance Commissioner of the State of Alaska, on behalf of and as statutory attorney for Defendant, accepted service of a Summons & Complaint filed in the Superior Court of Alaska for Third Judicial District at Anchorage by Plaintiff John C. Eads, d/b/a, Robert J & Barge Co., entitled <u>John C. Eads, d/b/a, Robert J & Barge Co., v.</u>

Federal Insurance Company, Case No. 3AN-06-5312 CI. See Exhibit "A."

2. This notice of removal is brought pursuant to 28 U.S.C. §§1441(a), 1446 and District CR 3.3(b). This Court has original jurisdiction pursuant to 28 U.S.C. §1332(a) and (c) on the basis that there is complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000, exclusive of interest and costs.

3. Defendant Federal is and was at the time the Complaint was filed, a stock insurance company incorporated under the laws of the State of Indiana, with its principal place of business in New Jersey. Therefore, Defendant was at the time the complaint was filed, and currently is, a citizen of a state other than Alaska.

4. Based upon information and belief, Plaintiff Eads, d/b/a Robert J & Barge Co., was, at the time the Complaint was filed, and currently is, an Alaska resident with his principal place of business in Seward, Alaska. There is, therefore, complete diversity of citizenship between the parties pursuant to 28 U.S.C. §1332 (a) and (c).

5. Plaintiff asserts claims of breach of contract, bad faith, and intentional infliction of emotional distress. Plaintiff further requests an award of punitive and exemplary damages in this action. See Declaration of John D. Wilson, Jr., Exhibit A, Complaint. Plaintiff has pled claims in excess of $250,000. Wilson Dec., Exhibit A, Complaint.

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Def. Federal Insurance Company's Ntc of Removal to Federal Court
Case No.:
Page 2

6.  This Notice of Removal is timely because it has been filed within thirty (30) days after the date the Summons and Complaint were served upon Defendant. 28 U.S.C. § 1446(b).

7.  The underlying state court action is one for which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one that may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441 because the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different states.

8.  Pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), § 1446(a), (b) and (d), and District CR 3.3(b) of the Local Rules for the District of Alaska, this case is properly removable.

9.  Defendant Federal has given written notice of the filing of this Notice of Removal to all attorneys of record and to the Clerk of the Superior Court of the Third Judicial District At Anchorage, Alaska. 28 U.S.C. § 1446(d). See Exhibit "B."

///
///
///
///
///
///
///

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Def. Federal Insurance Company's Ntc of Removal to Federal Court
Case No.:
Page 3

WHEREFORE, Defendant Federal Insurance Company requests that this action be removed to the United States District Court for the District of Alaska at Anchorage.

DATED this 16th day of June, 2006.

         HOLMES WEDDLE & BARCOTT, P.C.
         Attorneys for Defendant


         By: s/ Randall J. Weddle
         Randall J. Weddle
         701 West 8th Avenue, Ste 700
         Anchorage, Alaska 99501
         Phone: (907) 274-0666
         Fax: (907) 277-4657
         Rweddle@anc.hwb-law.com
         Alaska Bar No. 7206034


I hereby certify that a
on June 16, 2006, a
true and correct copy of
Defendant Federal Insurance
Company's Notice of Removal To
Federal Court was served
electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
   Randall J. Weddle


X:\827\16594\EadsUSDCNtcRemoval.061506.doc

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Def. Federal Insurance Company's Ntc of Removal to Federal Court
Case No.:
Page 4

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOHN C EADS, d/b/a, ROBERT J & BARGE CO.,

    Plaintiff,

vs.

FEDERAL INSURANCE COMPANY,

    Defendants.

Case No:

COPY
Original Received
FEB 16 2006
Clerk of the Trial Court

## COMPLAINT

COMES NOW, John C Eads, d/b/a Robert J & Barge Co., the plaintiff above named, by and through his attorney, Isaac Derek Zorea, and complains as follows:

1. Defendant is, and at all times herein mentioned was, a corporation domiciled in Indiana, which has been issued a Certificate of Authority (No. 310) to transact business in this state as a marine insurer.

2. Defendant has operated under Certificate of Authority No. 310, issued by the State of Alaska, since 1950, and has transacted business in Alaska since that date.

3. Plaintiff is, and at all times herein mentioned was, a resident of Alaska, and was domiciled in, and operated a business with its main offices in, Seward, Alaska, within the Third Judicial District of Alaska.

COMPLAINT

PAGE - 1 -

ISAAC DEREK ZOREA
Attorney at Law
P.O. Box 210434
Anchorage, AK 99521
Ph: (907) 677-3779  Fax: (907) 644-2802

Exhibit A Page 1 of 6

4. The proper venue for this case is the Third Judicial District for Alaska.

## FACTUAL BACKGROUND FOR CLAIMS

5. On or about April 6, 2003, defendant issued to plaintiff a marine insurance policy, No. 7319417, (the "Policy") a copy of which is attached hereto as Exhibit A, and made a part hereof by reference. The policy took effect on April 6, 2003, and was in full force and effect at all pertinent times hereinafter mentioned.

6. On or about August 8, 2003, defendant issued to plaintiff an endorsement No.2 (the "Endorsement") to marine policy, No. 7319417, a copy of which is attached hereto as Exhibit B, and made a part hereof by reference. The endorsement No. 2, which took effect on August 8, 2003, covered the M/V Helen A, and was in full force and effect at all pertinent times hereinafter mentioned.

7. By way of Endorsement No. 2, the Policy insured plaintiff against all "Perils, Losses and Misfortunes that have or shall come to the Hurt, Detriment or Damage of the Vessel, or any part thereof," during the period from August 8, 2003, to April 6, 2004, not to exceed the amount of $50,000.00.

8. On or about August 13, 2003, plaintiff's vessel, M/V Helen A was completely destroyed by a storm while heading toward Kuskokwin Bay, Alaska. Prior to the vessel Helen A sinking on August 13, 2003, crew members

COMPLAINT

PAGE - 2 -

Exhibit A Page 2 of 6

aboard the vessel struggled for over twelve hours to stabilize the vessel and pump water from the vessel. On or about midnight on the 13th day of August, 2003.

9. Plaintiff sustained property loss, covered by the policy, as a result of the storm, in the amount exceeding $350,000.00.

10. On or about August 14, 2003, in accordance with the terms of the insurance policy, plaintiff submitted to defendant due proof of loss for the boat, and its contents, covered by the insurance policy.

11. Plaintiff has performed all conditions of the policy required to be performed on his part.

12. Despite plaintiff's repeated demands, defendant has refused and continues to refuse to pay benefits under the terms of the marine insurance policy.

### Insurer's Breach of Duty of Good Faith

13. Defendant breached the implied covenant of good faith and fair dealing under the policy by failing to adequately investigate plaintiff's claim under the policy, refusing to interview the crew aboard the M/V Helen A, and refusing plaintiff's requests for evidence justifying the denial of its claim.

14. Defendant breached the implied covenant of good faith and fair dealing under the policy by unreasonably denying plaintiff's claim without proper cause

COMPLAINT

PAGE - 3 -

Exhibit P Page 3 of 6

1  in that defendant refused to process plaintiff's claim,
2  and instead coerced plaintiff to accept an amount less
3  than the policy limits by threatening to fight the claim
4  in court, unless plaintiff accept a lesser amount than
5  the policy limits permitted.

6  15.  Defendant breached the implied covenant of good
7  faith and fair dealing under the policy by failing to pay
8  plaintiff's claim without properly investigating
9  plaintiff's claim and without a reasonable basis for such
10 conduct.

11 16.  Defendant breached the implied covenant of good
12 faith and fair dealing, and acted in bad faith toward
13 plaintiff when it acted unreasonably, without reasonable
14 basis, and in reckless disregard of its lack of
15 reasonable basis for denying plaintiff's claim.

16 17.  As a proximate result of defendant's wrongful
17 failure to pay benefits under the policy, plaintiff has
18 suffered damages in the sum of $50,000.00, for the loss
19 of its M/V Helen A, together with interest thereon at the
20 legal rate from the date that payment should have been
21 made under the terms of the policy until it is paid.

22 18.  As a proximate result of defendant's wrongful
23 failure to pay benefits under the policy, plaintiff has
24 suffered consequential damages, in the sum exceeding
25 $100,000.00, for the loss to plaintiff's business because
26 of plaintiff's inability to replace the M/V Helen A, and
27 pay business expenses required to expand his business.
28 COMPLAINT

PAGE - 4 -

Exhibit A Page 4 of 6

19. As a further proximate result of defendant's breach of its duty of good faith and fair dealing, plaintiff has sustained severe emotional and mental distress and anguish, to his general damage in the sum exceeding $100,000.00.

20. The aforementioned acts of defendant were willful and malicious in that defendant's conduct was intended to cause injury to plaintiff, emotionally or economically, and carried on with a conscious disregard for plaintiff's rights, with the intent to coerce a claim settlement below the limits on this policy, thereby warranting the assessment of exemplary and punitive damages against defendant Federal Insurance Company, in an amount appropriate to punish defendant and set an example for others.

WHEREFORE, plaintiff prays judgment against defendant as follows:

1. For the sum of $40,000.00, representing the total amount of benefits due under the marine insurance policy, together with interest thereon at the legal rate from August 13, 2003;

2. For consequential damages proximately caused by defendant's breach of its duty of good faith and fair dealing in an amount within the jurisdictional threshold, with exact amount to be established at trial;

COMPLAINT

PAGE - 5 -

Exhibit A Page 5 of 6

3. For general damages for emotional distress and mental suffering in an amount within the jurisdictional threshold, with exact amount to be established at trial;

4. For exemplary and punitive damages in an amount appropriate to punish defendant and set an example to others, with exact amount to be established at trial;

5. For costs of suit herein incurred, and attorney fees pursuant to Alaska Rule Civil Procedure 82;

6. For such other and further relief as the court may deem proper.

Dated: February 16, 2005.

Respectfully submitted,

ISAAC DEREK ZORER
ABA NO. 0011090
Attorney for Plaintiff

Attached:

Exhibit A
Exhibit B

COMPLAINT

PAGE - 6 -

Exhibit A  Page 6 of 6

IN THE SUPERIOR COURT OF THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

JOHN C. EADS, d/b/a, ROBERT J & )
BARGE CO., )
        Plaintiff, )
)
v. )
)Superior Court
FEDERAL INSURANCE COMPANY, )Case No.: 3AN-06-5312 CI
        Defendant. )
)

## NOTICE TO SUPERIOR COURT OF REMOVAL

PLEASE TAKE NOTICE that on the 16th day of June, 2006, Defendant Federal Insurance Company filed in the United States District Court for the District of Alaska at Anchorage a Notice of Removal and accompanying pleadings for the above-entitled action pursuant to 28 U.S.C. § 1332(a) and (c), § 1441(a), and § 1446(a), (b), and (d), and CR 3.3(b) of the Local Rules for the District of Alaska. True and correct copies of the Notice of Removal and accompanying pleadings are filed herewith. 28 U.S.C. § 1446(d). Pursuant to 28 U.S.C. § 1446(d), this Court is to proceed no further with this case unless and until this case is remanded back to this Court.

DATED this 16th day of June, 2006.

        HOLMES WEDDLE & BARCOTT, P.C.
        Attorneys for Defendant

        By: /s/ Randall J. Weddle
        Randall J. Weddle
        Alaska Bar No. 7206034

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Exhibit 6 Page 1 of 2

I hereby certify that a
on June 16, 2006, a
true and correct copy of
the foregoing was served
via regular U.S. Mail on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521

By: _____
    Brian Fontaine


X:\827\16594\EadsStateCtNtcRemoval.061406.doc

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Notice to Superior Court of Removal
Case No.: 3AN-06-5312 CI
Page 2

Exhibit __B__ Page __2__ of __2__

Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, PC
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J & BARGE CO., | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Defendant. | ) ) Case No.: 3:06-___-_____ |

**DEFENDANT FEDERAL INSURANCE CO.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Federal Insurance Company submits its Corporate Disclosure Statement declaring as follows:

1. Defendant Federal Insurance Company is a for profit corporation incorporated under the laws of Indiana with its principal place of business at 15 Mountain View Rd., Warren New Jersey, 07061.

///

///

///

///

2.  Federal Insurance Company is a wholly owned subsidiary of The Chubb Corporation, a publicly trade company on the New York Stock Exchange.

Dated this 16th day of June 2006.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant


By: s/ Randall J. Weddle
Randall J. Weddle
701 West 8th Avenue, Ste 700
Anchorage, Alaska 99501
Phone: (907) 274-0666
Fax: (907) 277-4657
Rweddle@anc.hwb-law.com
Alaska Bar No. 7206034

I hereby certify that a
on June 16th, 2006, a
true and correct copy of
Defendant Federal Insurance
Co.'s Corporate Disclosure
Statement was served
electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    Randall J. Weddle


X:\827\16594\EadsCorpDisclosure.061506.doc

Eada d/b/a Robert J. & Barge Co. v. Federal Insurance Company
Def. Federal Insurance Co.'s Corporate Disclosure Statement
Case No.:
Page 2