Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK  99501
Phone :   (907)274-0666
Fax :     (907)277-4657

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J. & BARGE CO., )<br>            Plaintiff,      )<br>                               )<br>     v.                        )<br>                               )<br>FEDERAL INSURANCE COMPANY,     )<br>            Defendant.         )<br>_____) | Case No.: 3:06-CV-149 (TMB) |

**NOTICE OF FILING SERVICE LIST**

Pursuant to this court's order of June 20, 2006, the defendant hereby serves notice of filing service list (see attached).

DATED this 30th day of June 2006 at Anchorage, Alaska.

                            HOLMES WEDDLE & BARCOTT, P.C.
                            Attorneys for Defendant


                            By: s/ Randall J. Weddle
                               Randall J. Weddle
                               701 West 8th Avenue, Ste 700
                               Anchorage, Alaska 99501
                               Phone: (907) 274-0666
                               Fax: (907) 277-4657
                               Rweddle@anc.hwb-law.com
                               Alaska Bar No. 7206034

I hereby certify that on
June 30, 2006, a true and
correct copy of Defendant's
Notice of Filing Service List
was served electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    **Randall J. Weddle**

**SERVICE LIST**

**Attorney:**  **Representing Plaintiff**
Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521
*Phone:* (907) 830-1385

**Attorney:**  **Representing Defendant**
Randall J. Weddle
Holmes Weddle & Barcott PC
701 West 8th Avenue, Ste 700
Anchorage, Alaska 99501
*Phone:* (907) 274-0666

X:\4810\20950\pld\NotFilingServiceList.doc