Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
E-Mail:  Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN C. EADS, d/b/a, ROBERT J. )
& BARGE CO.,                   )
            Plaintiff,         )
                               )
    v.                         )
                               )
FEDERAL INSURANCE COMPANY,     )
            Defendant.         )
_____)Case No.: 3:06-CV-149 (TMB)

**SCHEDULING AND PLANNING CONFERENCE REPORT**

1.   **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on July 14, 2006, and was attended by:

     Isaac Derek Zorea attorney for Plaintiff John C. Eads, d/b/a Robert J. Barge Co.

     Randall J. Weddle attorney for Defendant Federal Insurance Company.

The parties recommend the following:

2.   **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

     ___ have been exchanged by the parties

     _X_ will be exchanged by the parties by **08/11/06.**

Proposed changes to disclosure requirements:  (*Insert proposed changes, if any*)

Preliminary witness lists

___  have been exchanged by the parties

_X_  will be exchanged by the parties by **08/11/06.**

3. **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:  **Liability and damages.**

4. **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues: **Liability and damages.**

   B. All discovery commenced in time to be completed by **May 15, 2007**("discovery close date").

   C. Limitations on Discovery.

      1. Interrogatories

      _X_\_\_\_  No change from F.R.Civ.P. 33(a)

      \_\_\_\_\_  Maximum of \_\_\_\_\_ by each party to any other party.

      Responses due in ___ days.

      2. Requests for Admissions.

      _X_\_\_\_  No change from F.R.Civ.P. 36(a).

      \_\_\_\_\_    Maximum of  \_\_\_\_\_  requests.

      Responses due in \_\_\_ days.

    3.    Depositions.

      <u>X   </u>    No change from F.R.Civ.P. 36(a), (d).

      \_\_\_\_\_    Maximum of \_\_ depositions by each party.

      Depositions not to exceed \_\_\_\_ hours unless agreed to by all parties.

D.    Reports from retained experts.

    <u>X   </u>    Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

    \_\_\_\_\_    Reports due:
From plaintiff (*insert date*)
From defendant (*insert date*)

E.    Supplementation of disclosures and discovery responses are to be made:

    <u>X   </u>    Periodically at 60-day intervals from the entry of scheduling and planning order.

    <u>X   </u>    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    <u>X   </u>    45 days prior to the close of discovery.

    \_\_\_\_\_    Not later than (*insert date*)

5.  **Pretrial Motions.**

    <u>X   </u>   No change from D.Ak. LR 16.1(c).

    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    <u>X   </u>   Motions to amend pleadings or add parties to be filed not later than **60 days**.

    <u>X   </u>   Motions under the discovery rules must be filed not later than **15 days after discovery closes**.

    <u>X   </u>   Motions in limine and dispositive motions must be filed not later than **15 days after discovery closes**.

6.  **Other Provisions:**

    A.   <u>X   </u> The parties do not request a conference with the court before the entry of the scheduling order.

         <u>     </u> The parties request a scheduling conference with the court on the following issue(s):

         (*Insert issues on which a conference is requested*)

    B.   Alternative Dispute Resolution. [D.Ak. LR 16.2]

         <u>     </u> This matter is not considered a candidate for court-annexed alternative dispute resolution.

         <u>X   </u> The parties will file a request for alternative dispute resolution not later than **close of discovery**.

         <u>X   </u>  Mediation     <u>     </u> Early Neutral Evaluation

    C.   The parties <u>   </u> do <u> X </u> not consent to trial before a magistrate judge.

    D.   Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

      __X__   All parties have complied   _____ Compliance not required by any party

7.  **Trial**.

    A.  The matter will be ready for trial:

        __X__   45 days after the discovery close date.

        _____   not later than (*insert date*).

    B.  This matter is expected to take _5_ days to try.

    C.  Jury Demanded _____ Yes __X__ No

        Right to jury trial disputed?   _____ Yes __X__ No

DATED this 24th day of July 2006.

                      HOLMES WEDDLE & BARCOTT, P.C.
                      Attorneys for Defendant

                      By: s/ Randall J. Weddle
                          Randall J. Weddle
                          701 West 8th Avenue, Ste 700
                          Anchorage, Alaska 99501
                          Phone: (907) 274-0666
                          Fax: (907) 277-4657
                          Rweddle@anc.hwb-law.com
                          Alaska Bar No. 7206034

DATED this 24th day of July 2006.

                      Attorneys for Plaintiff

                      By: s/ Isaac Derek Zorea
                          Isaac Derek Zorea
                          P.O. Box 210434
                          Anchorage, Alaska 99521
                          Phone: (907) 830-1385
                          Fax: (907) 677-3779
                          eyedz@gci.net
                          Alaska Bar No. 0011090

```
I hereby certify that on
July 24, 2006, a true and
correct copy of the SCHEDULING
AND PLANNING CONFERENCE REPORT
was served electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    Randall J. Weddle


X:\4810\20950\pld\Sched&PlanningConfRpt--06July18.doc
```