Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
E-Mail:  Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J. & BARGE CO., <br>       Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:06-CV-149 (TMB) |

**STIPULATION**

The parties hereby stipulate and agree that pre-discovery disclosures required under Fed. R. Civ. P. 26(a)(1) shall be exchanged by the parties on September 25, 2006.

DATED this 4th day of August 2006.

              HOLMES WEDDLE & BARCOTT, P.C.
              Attorneys for Defendant


              By: s/ Randall J. Weddle
                  Randall J. Weddle
                  701 West 8th Avenue, Ste 700
                  Anchorage, Alaska 99501
                  Phone: (907) 274-0666
                  Fax: (907) 277-4657
                  Rweddle@anc.hwb-law.com
                  Alaska Bar No. 7206034

DATED this 4th day of August 2006.

Attorneys for Plaintiff

By: s/ Isaac Derek Zorea
    Isaac Derek Zorea
    P.O. Box 210434
    Anchorage, Alaska 99521
    Phone: (907) 830-1385
    Fax: (907) 677-3779
    eyedz@gci.net
    Alaska Bar No. 0011090

**ORDER**

Upon stipulation of the parties, IT IS ORDERED that pre-discovery disclosures required under Fed. R. Civ. P. 26(a)(1) shall be exchanged by the parties on September 25, 2006.

DATED this _____ day of _____ 2006.

_____
The Honorable Timothy M. Burgess

X:\4810\20950\pld\StipulationreID.doc