Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
E-Mail: Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J. & BARGE CO., </br>          Plaintiff, </br> v. </br> FEDERAL INSURANCE COMPANY, </br>          Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No.: 3:06-CV-149 (TMB) |

**NOTICE OF FILING PROPOSED ORDER**

The parties, through their counsel, hereby file a proposed order granting the stipulation regarding extending the deadline for pre-discovery disclosures.

DATED this 4th day of August 2006.

                HOLMES WEDDLE & BARCOTT, P.C.
                Attorneys for Defendant


                By: s/ Randall J. Weddle
                   Randall J. Weddle
                   701 West 8th Avenue, Suite 700
                   Anchorage, Alaska 99501
                   Phone: (907) 274-0666
                   Fax: (907) 277-4657
                   Rweddle@anc.hwb-law.com
                   Alaska Bar No. 7206034

I hereby certify that on
August 4, 2006, a true and
correct copy of the Notice
of Filing Proposed Order
was served electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    Randall J. Weddle


X:\4810\20950\pld\NoticeOfFilingPropOrderReID--06Aug04.doc