Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
E-Mail: Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J. & BARGE CO., <br>     Plaintiff, <br>   v. <br> FEDERAL INSURANCE COMPANY, <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) Case No.: 3:06-CV-149 (TMB) |

**ORDER GRANTING STIPULATION REGARDING EXTENDING PRE-DISCOVERY DISCLOSURES**

Upon stipulation of the parties,

IT IS ORDERED THAT pre-discovery disclosures required under Fed. R. Civ. P. 26(a)(1) shall be exchanged by the parties on **September 25, 2006.**

DATED this _____ day of _____ 2006.

_____
The Honorable Timothy M. Burgess

Eads v. Federal Insurance Company      Case No.: 3:06-CV-149 (TMB)
ORDER GRANTING STIPULATION REGARDING
EXTENDING PRE-DISCOVERY DISCLOSURES      Page 1

I hereby certify that on
August 4, 2006, a true and
correct copy of the Order
Granting Stipulation To Extend
Initial Disclosures, was served
electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: <u>s/ Randall J. Weddle</u>
    Randall J. Weddle


X:\4810\20950\pld\OrderExtID--06Aug04.doc