Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
E-Mail: Rweddle@anc.hwb-law.com
Counsel for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN C. EADS, d/b/a, ROBERT J.)
& BARGE CO.,                  )
            Plaintiff,        )
                              )
      v.                      )
                              )
FEDERAL INSURANCE COMPANY,    )
            Defendant.        )
_____)Case No.: 3:06-CV-149 (TMB)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)[ii], the parties hereby stipulate to dismissal of the above-entitled matter with prejudice, with each party to bear their own costs and attorney fees.

DATED this 16th day of January 2007.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Defendant

By: s/ Randall J. Weddle
      Randall J. Weddle
      701 West 8th Avenue, Suite 700
      Anchorage, Alaska 99501
      Phone: (907) 274-0666
      Fax: (907) 277-4657
      Rweddle@anc.hwb-law.com
      Alaska Bar No. 7206034

DATED this 16th day of January 2007.

Attorneys for Plaintiff

By:__s/ Isaac Derek Zorea (consent)
        Isaac Derek Zorea
        P.O. Box 210434
        Anchorage, Alaska 99521
        Phone: (907) 830-1385
        Fax: (907) 677-3779
        eyedz@gci.net
        Alaska Bar No. 0011090

I hereby certify that on
January 16, 2007, a true and
correct copy of the parties'
Stipulation for Dismissal With
Prejudice was served electronically
on:

        Isaac Derek Zorea, Esq.
        P.O. Box 210434
        Anchorage, AK 99521

By: _s/ Randall J. Weddle_
        Randall J. Weddle

X:\4810\20950\captions\Eads v. Federal Insurance Co-USDC--06June22.doc