Randall J. Weddle, Esq.
HOLMES WEDDLE & BARCOTT, P.C.
701 W. 8th Avenue, Suite 700
Anchorage, AK 99501
Phone: 907-274-0666
Fax:   907-277-4657
E-Mail: Rweddle@anc.hwb-law.com
Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JOHN C. EADS, d/b/a, ROBERT J. )
& BARGE CO.,                   )
            Plaintiff,         )
                               )
    v.                         )
                               )
FEDERAL INSURANCE COMPANY,     )
            Defendant.         )
_____)Case No.: 3:06-CV-149 (TMB)

### [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties,

IT IS ORDERED THAT the above-captioned case is dismissed with prejudice with each party to bear their own costs and attorney fees.

DATED this _____ day of _____ 2007.

_____
The Honorable Timothy M. Burgess

I hereby certify that on
January 16, 2007, a true and
correct copy of the Proposed Order
Granting Stipulation for Dismissal
with Prejudice, was served
electronically on:

Isaac Derek Zorea, Esq.
P.O. Box 210434
Anchorage, AK 99521


By: s/ Randall J. Weddle
    Randall J. Weddle


X:\4810\20950\pld\OrderStipToDismiss--06Nov03.doc