IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN C. EADS, d/b/a, ROBERT J. & BARGE CO.,<br>    Plaintiff,<br><br> v.<br><br>FEDERAL INSURANCE COMPANY,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: 3:06-cv-149 TMB |

**ORDER GRANTING STIPULATION
FOR DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties,

IT IS ORDERED THAT the above-captioned case is dismissed with prejudice

with each party to bear their own costs and attorney fees.

DATED this 17th day of January, 2007.

        /s/ Timothy M. Burgess
       Honorable Timothy M. Burgess
        U.S. District Court Judge